UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVONNE A. RODRIGUEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>CENTRAL MORTGAGE COMPANY, et al.,<br><br>        Defendants. | Case No. 13-cv-03382 NC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff's and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than August 30, 2013.

Plaintiff's and Defendant's counsel shall be prepared to discuss the following subjects:

(1)   Identification and description of claims and alleged defects in loan documents.

(2)   Prospects for loan modification.

(3)   Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

Case No. 13-cv-03382 NC
ORDER REFERRING CASE TO ADR
UNIT

In preparation for the telephone conference, Plaintiff's counsel shall do the following:

    (1)    Review relevant loan documents and investigate the claims to determine whether they have merit.

    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff's counsel shall immediately notify Defendant's counsel of the request for a loan modification.

    (3)    Provide counsel for Defendant with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

    (4)    Arrange for Plaintiff to participate in the telephone conference.

In preparation for the telephone conference, Defendant's counsel shall do the following:

    (1)    If Defendant is unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, Defendant's counsel shall promptly notify Plaintiff's counsel to that effect.

    (2)    Arrange for a representative of Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.

Date: July 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge