Joel M. Feinstein, Esq. SBN: 177546
*jfeinstein@joelfeinsteinlaw.com*
Chris T. Nguyen, Esq. SBN: 259922
*chris.nguyen@joelfeinsteinlaw.com*
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax:  (888) 900-5155

Attorney for Plaintiff,
IVONNE A. RODRIGUEZ

UNITED STATES ~~BANKRUPTCY~~ DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>CENTRAL MORTGAGE COMPANY, et. al.**;** and DOES 1-10, inclusive,<br><br><br>　　　　　Defendants. | Case No.: 3:13-cv-3382-NC<br><br>*Assigned to Honorable Nathanael M. Cousins*<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE<br><br>*[Filed Concurrently with Stipulation for Dismissal]* |

　　　Pursuant to the Stipulation of the Parties herein, and for good cause appearing, **THE COURT ORDERS AS FOLLOWS:**

　　　1.  The entire action is dismissed WITH PREJUDICE.

///

///

///

---

1

**IT IS ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, CENTRAL MORTGAGE COMPANY, and against Plaintiff IVONNE RODRIGUEZ.

**IT IS SO ORDERED.**

Dated: November 5, 2013

The ~~Honorable Nathanael M. Cousins~~
U.S. ~~Magistrate Judge~~



[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE